PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Larry Reddick                                                      Cr.: 98-0449-001

Name of Sentencing Judicial Officer: Honorable William G. Bassler, U.S. District Judge

Date of Original Sentence: 11/15/99

Original Offense: Conspiracy to Commit Wire Fraud

Original Sentence: 60 months imprisonment, 3 years supervised release. $100 special assessment, $93,164.53 restitution. Special conditions: Financial Disclosure; No new debt.

Type of Supervision: Supervised Release                          Date Supervision Commenced: 05/25/05

Assistant U.S. Attorney: Deborah Gannett                         Defense Attorney: Thomas S. Plaia, Esq.

---

### PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states ' **You shall not commit another federal, state, or local crime.** ' |
| | On December 4, 2006, Larry Reddick was arrested by members of the Newark FBI field office for a new criminal complaint (Mag. No. 06-8231) which charges that Reddick and others conspired to defraud PNC Bank, in violation of Title 18, U.S. Code, Section 1344. |
| 2 | The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**' |
| | Since the commencement of supervision, Reddick has failed to report on his Monthly Supervision Reports any vehicles "owned or driven by you." As charged in the new criminal complaint, Reddick, using the name "Philip Reddick," purchased vehicle insurance from the Allstate Insurance Company for new, high-end vehicles. Reddick failed to "list all expenditures over $500" as required to do so on his Monthly Supervision Reports. |

PROB 12C - Page 2
Larry Reddick

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

By: Anthony J. Nisi
U.S. Probation Officer
Date: 12/04/06

---

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[ ] Other

Signature of Judicial Officer
HON. J.A. GREENAWAY, JR. USDJ

12-5-06
Date