# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA          CIVIL 98-788 (PGS)

v.          O R D E R

LARRY REDDICK, JR.,
a/k/a "Philip Reddrick"

    Defendant.

It is on this 3rd day of June 2008,

The court finds upon the evidence presented that Larry Reddick is in violation of the conditions of Supervised Released as imposed by this Court on November 15, 1999. Where upon it is ordered and adjudged that the previously imposed term of Supervised Release is revoked and the offender is hereby committed to the custody of the Bureau of Prisons for a term of 24 months. This sentence shall run consecutive to the sentence. The defendant is presently serving.

Pursuant to U.S.S.G. §7B1.3(d), it is further ordered that the defendant shall pay to the United States a total of $90,057.71, which is the balance of his restitution. The U.S. Attorney's Office (Financial Litigation Unit) will continue to monitor and collect all monies.

                                      _____
                                      Hon. Peter G. Sheridan, USDJ